

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-14-00127-CV

**EX PARTE** Ricardo **DELEON**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting: Catherine Stone, Chief Justice
    Sandee Bryan Marion, Justice
    Patricia O. Alvarez, Justice

On February 21, 2014, relator filed an original pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 25th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2003EM504909, styled *In the Interest of R.D. IV, et al., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Jim Rausch presiding.